## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 22 MM 2022
                                :
                    Respondent   :
                                :
                                :
                                :
                v.               :
                                :
                                :
DONTAY RAYSHAW BREWER,           :
                                :
                    Petitioner   :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of June, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.